IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG ALFORD  \*

v.  \*  Civil No. JFM-14-921

JUDGE JAMES MUNLEY, ET AL.  \*

\*\*\*\*\*

MEMORANDUM

Craig Alford has brought this action against a judge of the middle district of Pennsylvania and two magistrate judges in that district. He seeks injunctive and monetary relief in connection with cases that he filed that were handled by these judges.

Each of the judges is protected by the doctrine of absolute immunity since the matters complained of fell within their official duties. Moreover, to the extent that plaintiff seeks to have another judge assigned to the cases, this is an issue to be resolved by the internal administration of the court, not by issuance of an injunction on the ground that the judges who handled the case did not rule in favor of a particular party.

Date: 4/19/15

J. Frederick Motz
United States District Judge