IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG ALFORD  \*

v.  \*  Civil No. JFM-14-921

JUDGE JAMES MUNLEY, ET AL.  \*

\*\*\*\*\*

ORDER

For the reasons stated in the memorandum entered herewith, it is, this ___ day of April 2015

ORDERED that this action be dismissed.

_____
J. Frederick Motz
United States District Judge